## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **1) A. BORS PROPERTIES, LLC d/b/a WINFIELD PROPERTY MANAGEMENT,** | § § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § § | **CIVIL ACTION NO. 17-cv-671-GKF-FHM** |
| **1) CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. MPL1442964.15, AND 2) HISCOX, INC.,** | § § § § | |
| **Defendants.** | | |

### DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.1, Defendants Certain Underwriters at Lloyd's, London and Hiscox, Inc. file this Corporate Disclosure Statement and would respectfully show:

1.      The ultimate parent company of Hiscox, Inc. is Hiscox Ltd., which is a publicly-traded company.  Hiscox Ltd. owns 100% of Hiscox PLC, which owns 100% of Hiscox Holdings Ltd.  Hiscox Holdings Ltd owns 100% of Hiscox Holdings Inc., which owns 100% of Hiscox Inc.

2.      Certain Underwriters at Lloyd's, London Lloyd's Subscribing to Policy No. MPL1442964.15 is named as a defendant.  Lloyd's Syndicate 3624 subscribes to 100% of the risk underwritten by the Policy.  Syndicate 3624 has a single corporate member, which is Hiscox Dedicated Corporate Member Ltd.

Hiscox Dedicated Corporate Member Ltd. is owned 100% by Hiscox PLC, which

is owned 100% by Hiscox Ltd., which is a publicly-traded company.

Respectfully submitted,

By:   /s/ Margaret M. Clarke
      Margaret M. Clarke
      OBA #16952
      **ASTON MATHIS CAMPBELL CLARKE**
      **&TIGER, PLLC**
      2642 E. 21st Street, Suite 250
      Tulsa, Oklahoma 74114-1726
      Telephone: (918) 949-9966
      Facsimile: (918) 949-9968 (f)
      E-mail: MClarke@amlawok.com

      Linda Szuhy Ressetar
      OBA # 17905
      **THOMPSON, COE, COUSINS & IRONS, LLP**
      700 N. Pearl Street, 25th Floor
      Dallas, Texas 75201
      Telephone: (214) 871-8200
      Facsimile: (214) 871-8209
      E-mail: lressetar@thompsoncoe.com

      **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that on December 13, 2017 a true and correct copy of this document was served on the following counsel using the Court's CM/ECF system, in accordance with the Federal Rules of Civil Procedure and applicable Local Rules:

Don W. Danz
HOLDEN & MONTEJANO
15 East 5th Street, Suite 3900
Tulsa, OK 74103
E-mail: dondanz@holdenlitigation.com
*Attorneys for Plaintiff*
*A. Bors Properties, LLC d/b/a*
*Winfield Property Management*


/s/ *Margaret M. Clarke*
Margaret M. Clarke